# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134822
& (67)
(68)

GEORGE VENESS,
      Plaintiff-Appellant,

v

TOWN CENTER DEVELOPMENT,
LLC, D & T CONSTRUCTION
COMPANY, and MOUNTAIN SERVICE
CORPORATION,
      Defendants-Appellees.

SC: 134822
COA: 273298
Macomb CC: 2004-004347-NO

_____/

      On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the July 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      CAVANAGH and KELLY, JJ., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2008

_____
Clerk